IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY,<br>*Plaintiff*<br><br>-vs-<br><br>CASA BLANCA LOFTS CONDOMINIUM ASSOCIATION,<br>*Defendant* | § § § § § § § § § § | SA-23-CV-01077-XR |

### SETTLEMENT ORDER

The parties have informed the Court that the parties have reached a settlement in this matter. ECF No. 11. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, and **ORDERS** the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **March 22, 2024**. *See* FED. R. CIV. P. 41. **Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.**

It is so **ORDERED**.

**SIGNED** this 27th day of February, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE