IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, <br>       Plaintiff, <br><br> VS. <br><br><br> CASA BLANCA LOFTS CONDOMINIUM ASSOCIATION, <br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 5:23-CV-1077 |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, The Cincinnati Specialty Underwriters Insurance Company, by and through its undersigned counsel, hereby files its Notice of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (the "Notice"). Plaintiff's Notice is based on the grounds that the parties have settled and: (1) Plaintiff's Original Complaint for Declaratory Relief was filed with this Court on August 28, 2023 (Dkt. No. 1); (2) Defendant, Casa Blanca Lofts Condominium Association (the "Defendant") was never served in the above-captioned lawsuit in accordance with the Court's "Text Order" dated, November 14, 2023 and "Settlement Order" dated, February 27, 2024 (Dkt. No. 12); and (3) the Defendant has never served an answer or a motion for summary judgment in this lawsuit. FED. R. CIV. P. 41(a)(1)(A)(i). As such, this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs.

Dated: April 8, 2024.　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　By:　*/s/ Lisa Brindle Talbot*
　　　　　　　　　　　　　　　　　　　　　Lisa Brindle Talbot
　　　　　　　　　　　　　　　　　　　　　ltalbot@coxpllc.com

1

Texas Bar No. 24040576
Jennifer Kelly
jkelley@coxpllc.com
Texas Bar No. 24058695
Cox P.L.L.C.
2200 Post Oak Blvd.
Suite 1550
Houston, TX 77056
Telephone: (202) 262-2835

COUNSEL FOR THE CINCINNATI SPECIALTY
UNDERWRITERS INSURANCE COMPANY

2